AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| VERIZON MARYLAND INC.; VERIZON T.M. SERVS. LLC; and VERIZON LICENSING CO.,<br>*Plaintiff*<br>v.<br>2COOL GUYS.LLC; WARREN WEITZMAN; ARNOLD TREBACH; and DOES 1-10,<br>*Defendant* | Civil Action No. PJM 09-CV-2689 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WARREN WEITZMAN
7107 Thomas Branch Drive
Bethesda, Maryland  20817


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Webster III
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC  20036
(202) 326-7900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/16/2009

_____ Deputy Clerk

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Warren Weitzman

was received by me on *(date)* 10/28/09 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By serving Debra McCormick, Esquire, authorized to accept. Service was completed at Greenberg & Lieberman LLC, 2141 Wisconsin Avenue, NW, Suite C2, Washington, DC 20007 on October 28, 2009 at 3:05 pm.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/02/09

*Server's signature*

Frederick Parsons, Jr.

*Printed name and title*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc: